UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **LELAND FOSTER**, | ) |
| | ) Case No. 3:22-cv-1463 |
| Plaintiff, | ) |
| | ) |
| v. | ) Judge Jeffrey J. Helmick |
| | ) |
| **SYLVANIA MONROE PLAZA LLC**, an Ohio limited liability company, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Pursuant to a confidential Release and Settlement Agreement entered into between the parties, the parties stipulate that this case may be dismissed with prejudice and without costs. The parties further stipulate that the Court may retain jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement.

Respectfully submitted,

Dated: November 21, 2022

/s/ Owen B. Dunn
Owen B. Dunn, Jr., Esq. (0074743)
Law Offices of Owen Dunn, Jr.
The Ottawa Hills Shopping Center
4334 W. Central Ave., Suite 222
Toledo, Ohio 43615
(419) 241-9661 – Phone
(419) 241-9737 – Facsimile
dunnlawoffice@sbcglobal.net

***Counsel for Plaintiff Leland Foster***

Dated: November 21, 2022

/s/ Bruce S. Schoenberger
Bruce S. Schoenberger (0019765)
Gressley, Kaplin & Parker, LLP
One SeaGate, Suite 1645
Toledo, Ohio 43604
Phone: (419) 244-8336
Fax: (419) 720-8490
bss2@gkplaw.net

***Counsel for Defendant Sylvania Monroe Plaza, LLC***

**ORDER**

Pursuant to the above Stipulation,

    IT IS ORDERED that this matter is dismissed with prejudice, with each party to bear its own attorneys' fees, costs, and expenses.

    IT IS FURTHER ORDERED that the Court retains jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement.

Dated: _____November 28_____, 2022

                                                                                    s/ Jeffrey J. Helmick
                                                                                    United States District Judge